IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SHANNON GREEN, | * |
| Plaintiff, | * |
| v. | *  CV 121-048 |
| CLAPP'S ENVIRONMENTAL SERVICES, INC., CLAPP'S TRANSPORT, INC., AMGAURD INSURANCE COMPANY, and JACK CLAPP, | * |
| Defendants. | * |

ORDER

Before the Court is the Parties' consent motion to dismiss Defendant Clapp's Environmental Services, Inc. (Doc. 10.) Clapp's Environmental Services, Inc. has neither answered the Complaint nor moved for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant Clapp's Environmental Services, Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** Defendant Clapp's Environmental Services, Inc. as a party to this action. Each party to this dismissal shall bear its own costs and fees. All other claims asserted by the remaining parties shall continue unaffected.

**ORDER ENTERED** at Augusta, Georgia this ___ day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA